UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
                                          §
Ferris L Kelly                            §   Case No. 12-23434
                                          §
            Debtor(s)                     §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554 except that the trustee reserves, pursuant to 11 U.S.C. section 554(c), the estate's interest in the following: Asset #18 (Tax refund)  The filing of the Trustee's Final Report shall not be deemed an abandonment of the estate's interest in this asset. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

        Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joji Takada, Chapter 7 Trustee_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-23434 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Ferris L Kelly | | | | Date Filed (f) or Converted (c): | 06/08/2012 (f) |
| | | | | | 341(a) Meeting Date: | 07/02/2012 |
| For Period Ending: | 02/14/2013 | | | | Claims Bar Date: | 12/10/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home | 141,000.00 | 0.00 | | 0.00 | FA |
| 2. Single Family Home | 185,500.00 | 0.00 | OA | 0.00 | FA |
| 3. Plot of Land | 24,000.00 | 24,000.00 | | 11,000.00 | FA |
| 4. Checking Account | 449.10 | 0.00 | | 0.00 | FA |
| 5. Savings Account | 7.50 | 7.50 | | 0.00 | FA |
| 6. Checking Account | 30.00 | 30.00 | | 0.00 | FA |
| 7. Checking Account | 17.00 | 17.00 | | 0.00 | FA |
| 8. Household Goods | 500.00 | 500.00 | | 0.00 | FA |
| 9. Household Goods | 500.00 | 500.00 | | 0.00 | FA |
| 10. Household Goods | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 11. Books Collectibles | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 12. Wearing Apparel | 300.00 | 300.00 | | 0.00 | FA |
| 13. Lift Insurance Policy | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 14. IRA | 174,057.00 | 174,057.00 | | 0.00 | FA |
| 15. Vehicle | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 16. Vehicle | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 17. Rent | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 18. Tax refund (u) | 0.00 | 5,000.00 | | 3,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $537,860.60    $217,411.50    $16,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

090612--Installment payment received from Debtor regarding settlement of non-exempt 2011 tax refund and interest in automobile.
100112--Final payment received from Debtor regarding settlement of non-exempt 2011 tax refund and interest in automobile.
120412--Installment payment received from Debtor in exchange for sale of vacation real property back to Debtor.
013013--Final payment received from Debtor regarding sale of vacation property.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 306 W. Main Street<br>Yorkville, IL 60560 |
| RE PROP # | 2 | -- | 302 W. Main Street<br>Yorkville, IL 60560 |
| RE PROP # | 3 | -- | Woodhaven Lakes<br>Lots 27-002 and 27-003<br>1987 Franklin 35-foot manufactured home |
| RE PROP # | 4 | -- | Checking Account<br>Location: Castle Bank<br>Account Number ending in 6067 |
| RE PROP # | 5 | -- | Savings Account<br>Location: Castle Bank<br>Account Number ending in 1778 |
| RE PROP # | 6 | -- | Checking Account<br>Location: Centrue Bank<br>Account number ending in 6601 |
| RE PROP # | 7 | -- | Checking Account<br>Location: Castle Bank<br>Account Number ending in 7705 |
| RE PROP # | 8 | -- | Computer, Televisions |
| RE PROP # | 9 | -- | Appliances |
| RE PROP # | 10 | -- | Furniture |
| RE PROP # | 11 | -- | Collectibles/Precious Moment figures/crystal<br>--Figurines had nominal value |
| RE PROP # | 12 | -- | Clothes for adult woman |
| RE PROP # | 13 | -- | Whole Life Insurance Policy |
| RE PROP # | 14 | -- | Flexible Variable Annuity<br>Location: American United Life Insurance Company |
| RE PROP # | 15 | -- | 2000 Kia Spectra - 100,000 miles |
| RE PROP # | 16 | -- | 2001 Kia Sportage 100,000 miles |
| RE PROP # | 17 | -- | Post-petition rent from rental property |
| RE PROP # | 18 | -- | 2011 State tax refund |

Initial Projected Date of Final Report (TFR): 06/08/2014     Current Projected Date of Final Report (TFR): 06/08/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-23434
Case Name: Ferris L Kelly
Taxpayer ID No: XX-XXX8158
For Period Ending: 02/14/2013

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX8274
Checking Account
Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/06/12 | 17 | Victor Godinez<br>302 West Main Street<br>Yorkville, Illinois 60560 | Post Petition Rent Proceeds<br>August 2012 rental income | 1122-000 | $1,500.00 | | $1,500.00 |
| 10/01/12 | 18 | Ferris Kelly | Settlement funds<br>Settlement payment regarding 2012 tax return and post-petition rent proceeds | 1224-000 | $3,500.00 | | $5,000.00 |
| 12/04/12 | 3 | Ferris Kelly | Proceeds from sale | 1110-000 | $7,000.00 | | $12,000.00 |
| 01/15/13 | 3 | Ferris Kelly | Proceeds from sale<br>Final installment payment regarding summer property | 1110-000 | $4,000.00 | | $16,000.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8821 | Transfer of Funds | 9999-000 | | $16,000.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $16,000.00 | $16,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $16,000.00 |
| Subtotal | $16,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $16,000.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:    $16,000.00    $16,000.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-23434
Case Name: Ferris L Kelly

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8821
Checking

Taxpayer ID No: XX-XXX8158
For Period Ending: 02/14/2013

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx8274 | Transfer of Funds | 9999-000 | $16,000.00 | | $16,000.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $16,000.00 | $0.00 |
| Less: Bank Transfers/CD's | $16,000.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals: $16,000.00  $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8274 - Checking Account | $16,000.00 | $0.00 | $0.00 |
| XXXXXX8821 - Checking | $0.00 | $0.00 | $16,000.00 |
|  | $16,000.00 | $0.00 | $16,000.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $16,000.00 |
| Total Gross Receipts: | $16,000.00 |

Page Subtotals:                                    $0.00         $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-23434  
Debtor Name: Ferris L Kelly  
Claims Bar Date: 12/10/2012  

Date: February 14, 2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $2,350.00 | $2,350.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $20.50 | $20.50 |
| 1 300 7100 | American Infosource Lp As Agent For<br>Target<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $9,150.00 | $9,358.95 | $9,358.95 |
| 2 300 7100 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $2,106.00 | $2,079.32 | $2,079.32 |
| 3 300 7100 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $739.00 | $712.28 | $712.28 |
| 4 300 7100 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $4,162.00 | $4,248.76 | $4,248.76 |
| 5 300 7100 | Citibank N.A.<br>Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Unsecured | | $1,895.00 | $1,877.99 | $1,877.99 |
| | Case Totals | | | $18,052.00 | $20,647.80 | $20,647.80 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-23434
Case Name: Ferris L Kelly
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                                                       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |
| Trustee Expenses: Joji Takada | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ | $ | $ |
| 2 | GE Capital Retail Bank | $ | $ | $ |
| 3 | GE Capital Retail Bank | $ | $ | $ |
| 4 | Quantum3 Group Llc As Agent For | $ | $ | $ |
| 5 | Citibank N.A. | $ | $ | $ |

     Total to be paid to timely general unsecured creditors     $_____

     Remaining Balance     $_____

     Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

     Tardily filed general (unsecured) claims are as follows:

                        NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE