**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-23434 |
| Ferris L Kelly | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION AND**
**DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 5/10/13
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 4/5/13    By: /s/ Joji Takada
Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Ferris L Kelly § Case No. 12-23434
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 16,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 16,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 2,350.00 | $ 0.00 | $ 2,350.00 |
| Trustee Expenses: Joji Takada | $ 20.50 | $ 0.00 | $ 20.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,370.50 |
| Remaining Balance | | $ | 13,629.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,277.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 74.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 9,358.95 | $ 0.00 | $ 6,979.03 |
| 2 | GE Capital Retail Bank | $ 2,079.32 | $ 0.00 | $ 1,550.56 |
| 3 | GE Capital Retail Bank | $ 712.28 | $ 0.00 | $ 531.15 |
| 4 | Quantum3 Group Llc As Agent For | $ 4,248.76 | $ 0.00 | $ 3,168.33 |
| 5 | Citibank N.A. | $ 1,877.99 | $ 0.00 | $ 1,400.43 |

Total to be paid to timely general unsecured creditors  $ 13,629.50

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                              Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 12-23434-BWB
Ferris L Kelly                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: mrahmoun            Page 1 of 2           Date Rcvd: Apr 08, 2013
                            Form ID: pdf006           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2013.
```
db         +Ferris L Kelly,    306 W. Main Street,    Yorkville, IL 60560-1342
19015787    Cabo Villas Resort,    Callejon del Pescador s/n,    Col. El Medano,
             Cabo San Lucas Baja Califonia, 23450
19015788   +Capital One, N.A.,    Capital One Bank (USA) N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
19015789   +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
19015790   +Citibank SD, NA,    Attn: Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
19015791   +Citibank USA,    Attn: Centralized Bankruptcy,    PO Box 20363,    Kansas City, MO 64195-0363
19015794   +GMAC Mortgage,    PO Box 9001719,    Louisville, KY 40290-1719
19015795    Grand Solmar,    PO Box 51469,    Los Angeles, CA 90051-5769
19015796   +HSBC Bank,    Attn: Bankruptcy,    PO Box 5213,    Carol Stream, IL 60197-5213
19015799    Playa Grande Resort,    PO Box 51469,    Los Angeles, CA 90051-5769
19015800   +Silverleaf Resorts,    1221 Riverbend,    Suite 120,    Dallas, TX 75247-4911
19015801   +Silverleaf Resorts, Inc.,    PO Box 132640,    Dallas, TX 75313-2640
19015802    South Hill Finance,    RRI Site 8 comp 39,    Christopher Lake SK   SOJ ONO
19015804   +Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
19015803   +Target National Bank,    C/O Financial & Retail Services,    Mailstop BV   P.O.Box 9475,
             Minneapolis, MN 55440-9475
19015805   +WFNNB/Gander Mountain,    PO Box 182789,    Columbus, OH 43218-2789
19015806    World Financial Network Bank,    Gander Mountain Mastercard,    PO Box 659569,
             San Antonio, TX 78265-9569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19416947    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2013 04:02:20
             American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK   73124-8866
19672157    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2013 03:20:56     Citibank, N.A.,
             c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK   73124-8840
19493687    E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2013 02:55:42     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19015792   +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2013 02:26:32     GECRB/ TJ Max,    PO Box 1400,
             El Paso, TX 79948-1400
19015793   +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2013 02:28:45     GEMoney Bank/JC Penny,
             Attention:  Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
19015797   +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 09 2013 02:15:44     Kohls/Capone,    PO Box 3115,
             Milwaukee, WI 53201-3115
19015798   +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2013 02:31:13     Lowes / MBGA / GEMB,
             Attention:  Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
19546883    E-mail/Text: bnc-quantum@quantum3group.com Apr 09 2013 03:53:36
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 8
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2013**           **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1           User: mrahmoun              Page 2 of 2                  Date Rcvd: Apr 08, 2013
                               Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2013 at the address(es) listed below:
              Joji   Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji   Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
              Linda M Salfisberg    on behalf of Debtor Ferris L Kelly lsalfisberg@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4