# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
Ferris L Kelly                            §        Case No. 12-23434
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee            , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Joji Takada, Chapter 7 Trustee _____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | | | | | |
| 5 | Citibank N.A. | | | | | |
| 2 | Portfolio Investments II LLC | | | | | |
| 3 | Portfolio Investments II LLC | | | | | |
| 4 | Quantum3 Group Llc As Agent For | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-23434 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Ferris L Kelly | | | | Date Filed (f) or Converted (c): | 06/08/2012 (f) |
| | | | | | 341(a) Meeting Date: | 07/02/2012 |
| For Period Ending: | 07/02/2013 | | | | Claims Bar Date: | 12/10/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Single Family Home | 141,000.00 | 0.00 | | 0.00 | FA |
| 2.  Single Family Home | 185,500.00 | 0.00 | OA | 0.00 | FA |
| 3.  Plot of Land | 24,000.00 | 24,000.00 | | 11,000.00 | FA |
| 4.  Checking Account | 449.10 | 0.00 | | 0.00 | FA |
| 5.  Savings Account | 7.50 | 7.50 | | 0.00 | FA |
| 6.  Checking Account | 30.00 | 30.00 | | 0.00 | FA |
| 7.  Checking Account | 17.00 | 17.00 | | 0.00 | FA |
| 8.  Household Goods | 500.00 | 500.00 | | 0.00 | FA |
| 9.  Household Goods | 500.00 | 500.00 | | 0.00 | FA |
| 10. Household Goods | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 11. Books Collectibles | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 12. Wearing Apparel | 300.00 | 300.00 | | 0.00 | FA |
| 13. Lift Insurance Policy | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 14. IRA | 174,057.00 | 174,057.00 | | 0.00 | FA |
| 15. Vehicle | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 16. Vehicle | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 17. Rent | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 18. Tax refund (u) | 0.00 | 5,000.00 | | 3,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $537,860.60          $217,411.50          $16,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

090612--Installment payment received from Debtor regarding settlement of non-exempt 2011 tax refund and interest in automobile.
100112--Final payment received from Debtor regarding settlement of non-exempt 2011 tax refund and interest in automobile.
120412--Installment payment received from Debtor in exchange for sale of vacation real property back to Debtor.
013013--Final payment received from Debtor regarding sale of vacation property.

| RE PROP # | 1 | -- | 306 W. Main Street<br>Yorkville, IL 60560 |
| RE PROP # | 2 | -- | 302 W. Main Street<br>Yorkville, IL 60560 |
| RE PROP # | 3 | -- | Woodhaven Lakes<br>Lots 27-002 and 27-003<br>1987 Franklin 35-foot manufactured home |
| RE PROP # | 4 | -- | Checking Account<br>Location: Castle Bank<br>Account Number ending in 6067 |
| RE PROP # | 5 | -- | Savings Account<br>Location: Castle Bank<br>Account Number ending in 1778 |
| RE PROP # | 6 | -- | Checking Account<br>Location: Centrue Bank<br>Account number ending in 6601 |
| RE PROP # | 7 | -- | Checking Account<br>Location: Castle Bank<br>Account Number ending in 7705 |
| RE PROP # | 8 | -- | Computer, Televisions |
| RE PROP # | 9 | -- | Appliances |
| RE PROP # | 10 | -- | Furniture |
| RE PROP # | 11 | -- | Collectibles/Precious Moment figures/crystal<br>--Figurines had nominal value |
| RE PROP # | 12 | -- | Clothes for adult woman |
| RE PROP # | 13 | -- | Whole Life Insurance Policy |
| RE PROP # | 14 | -- | Flexible Variable Annuity<br>Location: American United Life Insurance Company |
| RE PROP # | 15 | -- | 2000 Kia Spectra - 100,000 miles |
| RE PROP # | 16 | -- | 2001 Kia Sportage 100,000 miles |
| RE PROP # | 17 | -- | Post-petition rent from rental property |
| RE PROP # | 18 | -- | 2011 State tax refund |

Initial Projected Date of Final Report (TFR): 06/08/2014        Current Projected Date of Final Report (TFR): 06/08/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-23434

Case Name: Ferris L Kelly

Taxpayer ID No: XX-XXX8158

For Period Ending: 07/02/2013

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: Congressional Bank

Account Number/CD#: XXXXXX8274

Checking Account

Blanket Bond (per case limit):

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/06/12 | 17 | Victor Godinez<br>302 West Main Street<br>Yorkville, Illinois 60560 | Post Petition Rent Proceeds<br>August 2012 rental income | 1122-000 | $1,500.00 | | $1,500.00 |
| 10/01/12 | 18 | Ferris Kelly | Settlement funds<br>Settlement payment regarding<br>2012 tax return and post-petition<br>rent proceeds | 1224-000 | $3,500.00 | | $5,000.00 |
| 12/04/12 | 3 | Ferris Kelly | Proceeds from sale | 1110-000 | $7,000.00 | | $12,000.00 |
| 01/15/13 | 3 | Ferris Kelly | Proceeds from sale<br>Final installment payment<br>regarding summer property | 1110-000 | $4,000.00 | | $16,000.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8821 | Transfer of Funds | 9999-000 | | $16,000.00 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $16,000.00 | $16,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $16,000.00 |
| | Subtotal | $16,000.00 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $16,000.00 | $0.00 |

Page Subtotals: $16,000.00   $16,000.00

Case 12-23434 Doc 46 Filed 07/24/13 Entered 07/24/13 22:50:19 Desc Main
Document Page 9 of 11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-23434

Case Name: Ferris L Kelly

Taxpayer ID No: XX-XXX8158

For Period Ending: 07/02/2013

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX8821

Checking

Blanket Bond (per case limit):

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx8274 | Transfer of Funds | 9999-000 | $16,000.00 | | $16,000.00 |
| 05/14/13 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $2,350.00 | $13,650.00 |
| 05/14/13 | 100002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $20.50 | $13,629.50 |
| 05/14/13 | 100003 | USA American InfoSource LP as agent for TD Bank<br>American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Final distribution per court order. | 7100-000 | | $6,979.03 | $6,650.47 |
| 05/14/13 | 100004 | Portfolio Investments II LLC<br>Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Final distribution per court order. | 7100-000 | | $1,550.56 | $5,099.91 |
| 05/14/13 | 100005 | Portfolio Investments II LLC<br>Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Final distribution per court order. | 7100-000 | | $531.15 | $4,568.76 |
| 05/14/13 | 100006 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution per court order. | 7100-000 | | $3,168.33 | $1,400.43 |
| 05/14/13 | 100007 | Citibank N. A.<br>Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Final distribution per court order. | 7100-000 | | $1,400.43 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $16,000.00 | $16,000.00 |
| Less: Bank Transfers/CD's | $16,000.00 | $0.00 |
| Page Subtotals: | $16,000.00 | $16,000.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Case 12-23434    Doc 46    Filed 07/24/13    Entered 07/24/13 22:50:19    Desc Main

Document    Page 10 of 11

| | | |
|---|---|---|
| Subtotal | $0.00 | $16,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $16,000.00 |

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8274 - Checking Account | $16,000.00 | $0.00 | $0.00 |
| XXXXXX8821 - Checking | $0.00 | $16,000.00 | $0.00 |
|  | $16,000.00 | $16,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $16,000.00 |
| Total Gross Receipts: | $16,000.00 |